AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Vikki Cash

**AMENDED FINAL**
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-182C

v.

County of Erie; et al,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED for the reasons set forth in Hon. John T. Curtin's Decision and Order dated September 30, 2009 [140], plaintiff's motion for a default judgment against defendant Marchon Hamilton is granted. A judgment is entered against defendant Hamilton in the amount of $650,000, consisting of $500,000 in compensatory damages and $150,000 in punitive damages. The prior judgment dated March 12, 2009 [116] is amended to reflect that judgment is entered in favor of defendants Erie County and Patrick Gallivan. These judgments shall collectively constitute the final judgment on this court.

Date: September 30, 2009

MICHAEL J. ROEMER, CLERK
By:s/ Diane Radloff
Deputy Clerk